E-FILED 2024 JAN 19 1:40 PM JOHNSON - CLERK OF DISTRICT COURT

IN THE IOWA DISTRICT COURT IN AND FOR JOHNSON COUNTY

| | |
|---|---|
| TRISHA DIETZE;<br><br>    Plaintiff,<br><br>vs.<br><br>OBSTETRIC AND GYNECOLOGIC ASSOCIATES OF IOWA CITY AND CORALVILLE, P.C.;<br>JAMI LYN SHEPARD, MD;<br><br>    Defendants. | CASE NO.<br><br><br><br><br>**ORIGINAL NOTICE** |

TO THE ABOVE-NAMED DEFENDANTS:

You are notified that a petition has been filed in the office of the clerk of this court, naming you as a defendant in this action. A copy of the petition is attached to this notice. The attorneys for the Plaintiff are Ball, Kirk, & Holm, PC, whose address is 3324 Kimball Avenue, PO Box 2696, Waterloo, Iowa, phone number 319-234-2638, facsimile number 319-234-2237.

*PLEASE NOTE* that Johnson County utilizes electronic filing. Please refer to Iowa Court Rules Chapter 16 for general rules and information on electronic filing and refer to Chapter 16, division VI regarding protection of personal information in court filings.

You must serve a motion or answer within 20 days after service of this original notice upon you, and within a reasonable time thereafter file your motion or answer, with the Clerk of Court for Johnson County at the county courthouse in Waterloo, Iowa. If you do not, judgment by default may be rendered against you for the relief demanded in the petition.

If you require the assistance of auxiliary aids or services to participate in court because of a disability, immediately call your district ADA coordinator at (319) 398-3920, ext. 1105. If you are hearing or speech impaired, call Relay Iowa TTY at 1-800-735-2942. **Disability coordinators cannot provide legal advice.**

*IMPORTANT NOTE: YOU ARE ADVISED TO SEEK LEGAL ADVICE AT ONCE TO PROTECT YOUR INTERESTS.*

EXHIBIT A

E-FILED 2024 JAN 22 8:26 AM JOHNSON - CLERK OF DISTRICT COURT

# Iowa Judicial Branch

Case No. **LACV084986**
County **Johnson**

Case Title   **T DIETZE V OBSTETRIC & GYNECOLOGIC ASSOCIATESETAL**

You must file your Appearance and Answer on the Iowa Judicial Branch eFile System, unless the attached Petition and Original Notice contains a hearing date for your appearance, or unless the court has excused you from filing electronically (*see* Iowa Court Rule 16.302).

Register for the eFile System at www.iowacourts.state.ia.us/Efile to file and view documents in your case and to receive notices from the court.

For general rules and information on electronic filing, refer to the Iowa Rules of Electronic Procedure in chapter 16 of the Iowa Court Rules at www.legis.iowa.gov/docs/ACO/CourtRulesChapter/16.pdf.

Court filings are public documents and may contain personal information that should always be kept confidential. For the rules on protecting personal information, refer to Division VI of chapter 16 of the Iowa Court Rules and to the Iowa Judicial Branch website at www.iowacourts.gov/for-the-public/representing-yourself/protect-personal-information/.

*Scheduled Hearing:*

If you need assistance to participate in court due to a disability, call the disability access coordinator at **(319) 398-3920** . Persons who are hearing or speech impaired may call Relay Iowa TTY (1-800-735-2942). For more information, see www.iowacourts.gov/for-the-public/ada/. **Disability access coordinators cannot provide legal advice.**

*Date Issued* **01/22/2024 08:26:41 AM**



*District Clerk of Court or/by Clerk's Designee of* Johnson          County
*/s/* **Christine Roselund**

E-FILED  2024 JAN 19 1:40 PM JOHNSON - CLERK OF DISTRICT COURT

IN THE IOWA DISTRICT COURT IN AND FOR JOHNSON COUNTY

| | |
|---|---|
| TRISHA DIETZE;<br><br>Plaintiff,<br><br>vs.<br><br>OBSTETRIC AND GYNECOLOGIC ASSOCIATES OF IOWA CITY AND CORALVILLE, P.C.;<br>JAMI LYN SHEPARD, MD;<br><br>Defendants. | CASE NO.<br><br><br><br>PETITION AT LAW AND JURY DEMAND |

COMES NOW Plaintiff Trisha Dietze and for cause of action against Defendants Obstetric and Gynecologic Associates of Iowa City and Coralville, P.C., and Jami Lyn Shepard, MD states as follows:

1. Plaintiff is a resident of Pensacola, Escambia County, Florida.

2. Defendant Jami Lyn Shepard, M.D. is a resident of Johnson County, Iowa. At all times material hereto, she has been a physician licensed to practice in the State of Iowa and practicing in Johnson County, Iowa holding herself out to be a specialist in obstetrics and gynecology.

3. Defendant Obstetric and Gynecologic Associates of Iowa City and Coralville, P.C. (hereinafter "OBGYN Associates") is a corporation organized and existing pursuant to the laws of the State of Iowa with its principal place of business in Coralville, Johnson County, Iowa.

4. At all times material hereto, Defendant OBGYN Associates operated as a group of physicians and medical professionals, including but not limited to Defendant Shepard who was their employee, agent, and/or shareholder.

5. At all times material hereto, Defendant Shepard acted within the course and scope of his position at Defendant OBGYN Associates in providing medical, surgical, and associated care and treatment to Plaintiff.

6. On January 31, 2022 Plaintiff arrived at Mercy Iowa City with complaints of abdominal pain while approximately 8 weeks pregnant.

7. Thereafter, a transvaginal ultrasound was performed with the results interpreted that Plaintiff's right ovary was unremarkable and that there was a mass in the left adnexa which could be a left ovary containing a corpus luteum syst or an ectopic pregnancy.

8. Thereafter, Defendant Shepard took Plaintiff to the operating room and performed surgery described as a "laparoscopic left salpingo-oophorectomy and right salpingectomy."

9. After the aforementioned surgery, pathology findings showed that the left ovary and fallopian tube did not contain an ectopic pregnancy but instead a benign mucinous cystadenoma, intact corpus luteum and multiple follicular cysts, and a fallopian tube with no pathologic features warranting removal.

10. The aforementioned pathology findings showed the right fallopian tube to contain hemorrhagic features consistent with ectopic pregnancy.

11. Defendant Shepard was negligent in the medical, surgical, and associated care and treatment provided to Plaintiff.

12. The negligence of Defendant Shepard was a cause of damage to Plaintiff, including but not limited to her inability to naturally conceive a child.

13. As a result of the aforementioned negligence, Plaintiff has sustained the following damages, to-wit:

 a. Past medical expenses;
 b. Future medical expenses;
 c. Loss of future earning capacity;
 d. Past loss of fully mind and body;
 e. Future loss of full mind and body;
 f. Past mental and physical pain and suffering;
 g. Future mental and physical pain and suffering.

14. By virtue of the employment or agency relationship between the Defendants, Defendant OBGYN Associates are vicariously liable for the negligence of Defendant Shepard and for the resulting damages to Plaintiff.

WHEREFORE, Plaintiff Trisha Dietze demands judgment against Defendants Obstetric and Gynecologic Associates of Iowa City and Coralville, P.C. and Jami L. Shepard, MD.

## JURY DEMAND

Plaintiff hereby demands trial by jury on all issues in this case so triable.

    BALL, KIRK & HOLM, P.C.

    By: */s/ Eashaan Vajpeyi*
      Eashaan Vajpeyi, #AT0011094
      3324 Kimball Avenue
      P.O. Box 2696
      Waterloo, IA 50704-2696
      Phone: (319) 234-2638
      Fax: (319) 234-2237
      Email: evajpeyi@ballkirkholm.com

E-FILED  2024 JAN 30 3:41 PM JOHNSON - CLERK OF DISTRICT COURT

# AFFIDAVIT OF SERVICE

| Case: LACV084986 | Court: JOHNSON COUNTY DISTRICT COURT | County: JOHNSON, IA | Job: 10310546 |
|---|---|---|---|
| Plaintiff / Petitioner: Trisha Dietze | | Defendant / Respondent: Obstetric and Gynecologic Associates of Iowa City and Coralville, P.C.; Jami Lyn Shepard, MD | |
| Received by: HSPS Legal Services | | For: Ball, Kirk & Holm, P.C. | |
| To be served upon: Obstetric and Gynecologic Associates of Iowa City and Coralville, P.C | | Court Date: | |

I, Kezia Seitz, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Obstetric and Gynecologic Associates of Iowa City and Coralville, P.C, POE; Obstetric and Gynecologic Associates of Iowa City and Coralville, P.C: 2769 Heartland Dr Ste 201, Coralville, IA 52241
**Manner of Service:** Registered Agent, Jan 26, 2024, 1:11 pm CST
**Documents:** Original Notice; Petition at Law and Jury Demand (Received Jan 25, 2024 at 1:36pm CST)

**Additional Comments:**
1) Successful Attempt: Jan 26, 2024, 1:11 pm CST at POE; Obstetric and Gynecologic Associates of Iowa City and Coralville, P.C: 2769 Heartland Dr Ste 201, Coralville, IA 52241 received by Obstetric and Gynecologic Associates of Iowa City and Coralville, P.C. (Server's visual approximation) Age: 50; Ethnicity: Caucasian; Gender: Female; Height: 5'6"; Hair: Brown;
I walked into the business and I asked for the registered agent. After a moment, Toni Roemerman came out and accepted the documents. She is the registered agent.

Fees: $60

State of: IA
County of: Johnson ) SS:

_____  1/29/24
Kezia Seitz                Date

HSPS Legal Services
160 Southgate Ave Ste A
Iowa City, IA 52240
319-354-2010

Signed and sworn to before me, a notary public, on this 29 day of Janu, 2024

Notary Public: Jacob Vondrak

My Commission Expires: 8/15/25

JACOB VONDRAK
Commission Number 841649
My Commission Expires
August 15, 2025

E-FILED  2024 JAN 30 3:41 PM JOHNSON - CLERK OF DISTRICT COURT

## AFFIDAVIT OF SERVICE

| Case:<br>LACV084986 | Court:<br>JOHNSON COUNTY DISTRICT COURT | County:<br>JOHNSON, IA | Job:<br>10310525 |
|---|---|---|---|
| Plaintiff / Petitioner:<br>Trisha Dietze | | Defendant / Respondent:<br>Obstetric and Gynecologic Associates of Iowa City and Coralville, P.C.; Jami Lyn Shepard, MD | |
| Received by:<br>HSPS Legal Services | | For:<br>Ball, Kirk & Holm, P.C. | |
| To be served upon:<br>Jami Lyn Shepard, MD | | Court Date: | |

I, Kezia Seitz, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Jami Lyn Shepard, MD, 130 S Colton Dr, North Liberty, IA 52317
**Manner of Service:** Personal/Individual, Jan 28, 2024, 12:20 pm CST
**Documents:** Original Notice; Petition at Law and Jury Demand (Received Jan 25, 2024 at 1:36pm CST)

**Additional Comments:**
1) Unsuccessful Attempt: Jan 26, 2024, 12:54 pm CST at 130 S Colton Dr, North Liberty, IA 52317
After 5 minutes of knocking, there was no answer. There is a black Chevy pickup in the driveway license plate kba 387.

2) Successful Attempt: Jan 28, 2024, 12:20 pm CST at 130 S Colton Dr, North Liberty, IA 52317 received by Jami Lyn Shepard, MD. (Server's visual approximation) Age: 36; Ethnicity: Caucasian; Gender: Female; Height: 5'5"; Hair: Blond;
Defendant opened the door and accepted the documents after confirming identity and residency.

Fees: $60
State of: IA
County of: Johnson ) SS:

Kezia Seitz    Date: 1/29/24
HSPS Legal Services
160 Southgate Ave Ste A
Iowa City, IA 52240
319-354-2010

Signed and sworn to before me, a notary public, on this 29 day of Jan., 2024

Notary Public
My Commission Expires 8/15/25

JACOB VONDRAK
Commission Number 841649
My Commission Expires
August 15, 2025